Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC           )
                                      )
           Plaintiff,       vs.       )   Case No.:  8:10-CV-01393-WDK-FMO
                                      )
FERNANDO MONTELONGO,  et al,          )
                                      )   **RENEWAL OF JUDGMENT**
           Defendant,                 )   **BY CLERK**
_____ )

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to

F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Fernando

Montelongo, individually and d/b/a Monty's BBQ and Sports Grill, entered on April 29, 2011, be and

the same is hereby renewed in the amounts as set forth below:

   Renewal of money judgment

   a. Total judgment                              $     9,880.00
   b. Costs after judgment                        $        00.00
   c. Subtotal *(add a and b)*                    $     **9,880.00**
   d. Credits                                     $        00.00
   e. Subtotal *(subtract d from c)*              $     **9,880.00**
   f. Interest after judgment(.24%)               $       233.48
   g. Fee for filing renewal of application       $        00.00
   h. Total renewed judgment (add e, f and g)  $   **10,113.48**

Dated:  March 2, 2021             CLERK, by  *Sharon Hall Brown*
                                         Deputy
                                  Kiry A. Gray,
                                  Clerk of U.S. District Court

Renewal of Judgment